# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NHAT NGUYEN,** | : | **CIVIL ACTION NO. 1:04-CV-2656** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **HARRY WILSON, et al.,** | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 2nd day of May, 2005, upon consideration of petitioner's motion for sanctions (Doc. 12), in which petitioner asserts that respondents failed to file a timely answer to the petition, and it appearing that the respondents' motion for an enlargement of time (Doc. 9) to file an answer was granted (Doc. 11) and that the answer (Doc. 14) was timely filed, it is hereby ORDERED that the motion for sanctions (Doc. 12) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge